IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TERRANCE L. DOOLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-02612-SHL-cgc |
| ) | |
| WARDEN C. HARRISON, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Terrance L. Dooley's Petition (ECF No. 2), filed June 16, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Directing Clerk to Modify Docket, Granting Respondent's Motion to Dismiss, Dismissing § 2241 Petition with Prejudice, Denying Motion to Appoint Counsel, Certifying That Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 8), filed February 11, 2026, all claims by Petitioner against Respondent are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 11, 2026
Date